UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER STURGILL, KATTY GODOY,
ABIGAIL HERNANDEZ, and
JANIRA GUEVERA,

        Case No. 1:06-cv-916

   Plaintiffs,

        Hon. Wendell A. Miles

v.

LA INSURANCE XXIX, INC.,
HAFIA "HOLLY" HERMIZ, and
MAJID "MIKE" HERMIZ,

   Defendants.
              /

## ORDER REGARDING SETTLEMENT CONFERENCE

**IT IS ORDERED** that the stipulation of the parties at the hearing before Judge Wendell A. Miles on January 8, 2008 is hereby GRANTED, and this matter is referred to Magistrate Judge Ellen S. Carmody for a settlement conference pursuant to 28 U.S.C. § 636(b)(1)(A). The conference shall take place before on **Thursday, January 17, 2008 at 2:00 p.m. in Room 654**, Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan.

   Trial counsel shall be present at the conference, accompanied by the client (if an individual) or an officer of the client with full authority to negotiate a settlement (if a corporation or other entity). If the defense is controlled by an insurance company, a representative of the insurer shall also be present. Failure of counsel to be accompanied by an appropriate client representative with actual authority to settle may result in the imposition of sanctions or a citation for contempt of court.

   Three business days before the conference, each attorney shall submit a confidential

letter concerning settlement directly to Magistrate Judge Carmody.  A copy need not be provided to any other party.  All information in the settlement letter shall remain confidential and will not be disclosed to any other party without the approval of the writer.  The confidential settlement letter shall set forth: (a) the name and title of the party representative who will be present at the settlement conference, with counsel's certification that the representative will have full authority to settle, without the need to consult with any other party; (b) a very brief explanation of the nature of the case, including an identification of any parties added or dismissed since the time of filing; (c) a history of settlement negotiations to date, including all offers, demands and responses; (d) the policy limits of any relevant insurance coverage; (e) the limits on settlement authority given to counsel by the client; (f) that party's suggestions concerning the most productive approach to settlement; and (g) any other matter that counsel believes will improve the chance for settlement.  **Failure of counsel to submit the ordered confidential letter concerning settlement may result in the imposition of sanctions or a citation for contempt of court.**

      All settlement letters shall be delivered or mailed directly to Magistrate Judge Carmody at 666 Federal Building, 110 Michigan, N.W., Grand Rapids, MI 49503, or sent via facsimile to (616) 456-2072, and should not be directed to the Clerk's Office.

      **IT IS SO ORDERED**.


Date: January 9, 2008                                                              /s/ Wendell A. Miles
                                                                                   Wendell A. Miles
                                                                                   Senior U.S. District Judge